UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01521-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

　　　　Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed the application for leave to proceed i*n forma pauperis* on the form used by this district or provided a certified copy of his inmate trust account statement. *See* ECF No. 2. Accordingly, plaintiff's application will be denied without prejudice, and plaintiff will be provided the opportunity to submit an application on the appropriate form and provide a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint.

　　　　In accordance with the above, it is hereby ORDERED that:

　　　　1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

　　　　2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma

1

Pauperis By a Prisoner.

      3. Plaintiff shall submit, within thirty days from the date of this order, either the $402 filing fee or a completed application to proceed *in forma pauperis*. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   September 6, 2022                                                   /s/ Jeremy Peterson
                                                                             JEREMY D. PETERSON
                                                                             UNITED STATES MAGISTRATE JUDGE