UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE CLENDENIN, *et al.*,<br><br>    Defendants. | Case No.  2:22-cv-01521-JDP (PC)<br><br>ORDER |

Plaintiff, proceeding pro se, has filed a motion seeking to compel service of defendants Clendenin and Price by the United States Marshal. ECF No. 11. Shortly after plaintiff filed his motion, a notice was filed on the docket indicating that both defendants had been personally served by the Marshal. ECF No. 13. In light of that filing, it is hereby ORDERED that plaintiff's motion to compel service, ECF No. 11, is denied as moot.

IT IS SO ORDERED.

Dated:   August 20, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE