IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM STEPHENSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STEPHANIE CLENDENIN, DIRECTOR, CALIFORNIA DEPARTMENT OF STATE HOSPITALS; and BRANDON PRICE, EXECUTIVE DIRECTOR, COALINGA STATE HOSPITAL,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-01521-DAD-JDP(PC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE |

　　　Defendants have filed a motion to opt out of an early settlement conference, which indicates that "[a]fter investigating plaintiff's claims, meeting and conferring with plaintiff concerning possible settlement, and conferring with defense counsel's supervisor, defense counsel in good faith finds that a settlement conference would not be a good use of resources." Having considered defendants' motion, and good cause appearing, the Court grants the motion to opt out of an early settlement conference.  A settlement conference may be scheduled at a later date, if appropriate.

IT IS SO ORDERED.

Dated:  November 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE