1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM STEPHENSON,                    Case No.  2:22-cv-01521-DAD-JDP (PC)

12              Plaintiff,                    **ORDER**

13         v.                                 GRANTING PLAINTIFF'S MOTION TO
                                              AMEND COMPLAINT AND MOTION
14    STEPHANIE CLENDENIN, *et al.*,          FOR EXPEDITED RULING

15              Defendants.                   ECF Nos. 25 & 28

16

17

18

19         Plaintiff, a civil detainee proceeding without counsel, brought this action alleging that

20    defendants violated his rights under both the Fourteenth Amendment and California law by

21    denying him various rights that are afforded prisoners, parolees, and other patients in the same

22    civil detention program. ECF No. 1 at 5-6.  I screened and directed service for that complaint on

23    January 12, 2023. ECF No. 7.  On December 7, 2023, plaintiff moved to amend his complaint.

24    ECF No. 25.  Defendants have not opposed that motion, and I will grant it.  Accordingly, this

25    action shall proceed on the complaint attached to the motion at ECF No. 25 at 4-13.  The Clerk

26    shall be directed to docket this complaint separately.  Having screened the new complaint, I

27    conclude that it should proceed past screening.  In resolving the motion to amend, I grant

28    plaintiff's motion for expedited ruling on his request to amend.  ECF No. 28.  I will address the

                                            1

1   other motions pending on the docket by way of a separate order.

2        Accordingly, it is ORDERED that:

3       1.  Plaintiff's motion to amend complaint, ECF No. 25, is GRANTED.

4       2.  This action shall proceed on the amended complaint contained at ECF No. 25, pages

5          4-13.  The Clerk of Court is directed to docket those pages as a separate entry titled

6          "First Amended Complaint."

7       3.  Plaintiff's motion for expedited ruling on his motion to amend, ECF No. 28, is

8          GRANTED.

9

10   IT IS SO ORDERED.

11   Dated:    March 11, 2024                                

12                                               JEREMY D. PETERSON

13                                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28