UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON, | Case No. 2:22-cv-01521-DAD-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DENYING PLAINTIFF'S MOTIONS TO COMPEL WITHOUT PREJUDICE TO RENEWAL AND DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT WITHIN TWENTY-ONE DAYS |
| STEPHANIE CLENDENIN, *et al.*, | |
| Defendants. | |
| | ECF Nos. 40, 42, & 44 |

Plaintiff, a civil detainee who was initially proceeding *pro se* but who has recently retained counsel, brings this action against defendants and alleges that they violated his rights under the Fourteenth Amendment and state law by denying him: (1) internet-capable devices and internet access; (2) the right to purchase and select his personal clothing; (3) vocational and academic classes; (4) the right to purchase and possess nutritional supplements; and by (5) subjecting him to a "growing list of disallowed property/items." ECF No. 32 at 5-6. He has filed three separate *pro se* motions to compel, ECF Nos. 40, 42, & 44, which are now pending. I conclude, however, that, in light of his recent retainment of counsel, ECF Nos. 51 & 52, it makes little sense to rule on those motions now. Counsel may wish to conduct discovery, and it may be that a new, attorney-drafted complaint will be forthcoming. Thus, I will deny the motions to compel without prejudice to renewal. Within twenty-one days, counsel for both parties shall

submit a joint status report.  That report should address proposed future discovery, whether plaintiff's counsel intend to file an amended complaint, and their desired schedules.  To the extent the parties disagree on any of these issues, they shall so indicate in the report.  Once I review the status report, I will issue a new scheduling order.  In the event that I believe a status hearing is necessary before proceeding in this case, I shall so apprise the parties and set a date.

        Accordingly, it is ORDERED that:

        1.  Plaintiff's motions to compel, ECF Nos. 40, 42, & 44 are DENIED without prejudice to renewal.

        2.  Within twenty-one days of this order's entry, counsel for both parties shall file a joint status report that complies with this order.

IT IS SO ORDERED.

Dated:    July 26, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE