| | |
|---|---|
| LIVE OAK LAW OFFICE LLP | ROB BONTA, State Bar No. 202668 |
| Robyn Fass Wang (SBN 194006) | Attorney General of California |
| Pilar R. Stillwater (SBN 260467) | MAUREEN C. ONYEAGBAKO, State Bar No. 238419 |
| 1442A Walnut Street #229 | BENJAMIN G. DIEHL, State Bar No. 192984 |
| Berkeley, California 94709 | Supervising Deputy Attorneys General |
| Telephone: 510.637.9349 | GRANT LIEN, State Bar No. 187250 |
| rfasswang@liveoaklawoffice.com | MICHAEL E. BYERTS, State Bar No. 218946 |
| pstillwater@liveoaklawoffice.com | Deputy Attorneys General |
| Attorneys for Plaintiffs: | 300 South Spring Street, Suite 1702 |
| *William Stephenson, Thomas Bodnar, and Joshua Forster* | Los Angeles, CA 90013 |
| | Telephone: (213) 269-6266 |
| | Fax: (213) 897-2805 |
| | E-mail: Michael.Byerts@doj.ca.gov |
| | *Attorneys for Defendants Clendenin and Price* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **WILLIAM STEPHENSON, JOSHUA FORSTER, AND THOMAS BODNAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE CLENDENIN AND BRANDON PRICE,**<br><br>Defendants. | 2:22-cv-1521-DAD-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS' TO FILE CONSOLIDATED COMPLAINT** |

**STIPULATION**

Plaintiffs William Stephenson, Thomas Bodnar, and Joshua Forster (collectively, "Plaintiffs"), and Defendants Stephanie Clendenin and Brandon Price (collectively with Plaintiffs, the "Parties"); by and through their respective counsel, hereby stipulate and agree, and request that this Court order as follows:

WHEREAS, on November 1, 2024, the Court granted the Parties' request to consolidate Plaintiff's three individual cases (ECF No. 59);

1   WHEREAS, the Parties respectfully request that the Court grant a 30-day extension of time
2   in which to file their Consolidated Complaint, which is currently due on December 16, 2024, per
3   the Court's November 1, 2024, Order (ECF No. 59);
4   WHEREAS, Plaintiffs' counsel needs additional time to accommodate the difficulty of
5   exchanging draft documents with Plaintiffs, who can only receive draft documents in person or
6   via U.S. Postal Service;
7   WHEREAS, the Parties will also be meeting and conferring over the holiday season and
8   will therefore need additional time in which to meet and confer regarding the contents of
9   Plaintiff's proposed Consolidated Complaint; and
10  WHEREAS, this is the first extension of time sought by any Party since the Court
11  appointed counsel and consolidated Plaintiffs' individual cases (see ECF No. 59);
12  **IT IS HEREBY AGREED AND STIPULATED THAT**:
13  1.   The Parties respectfully request that the Court grant a 30-day extension of time for
14  Plaintiffs to file their consolidated complaint, which is currently due on December 16, 2024, to
15  and including January 15, 2025.
16  2.   Plaintiffs will prepare a consolidated complaint for Defendant's review and approval
17  to be filed by January 15, 2025.  Should the parties be unable to reach agreement on the final
18  consolidated complaint after meeting and conferring the parties will seek additional guidance
19  from this Court.
20  3.   Defendants have not yet filed a responsive pleading in *Bodnar v. Clendenin*, 2:22-cv-
21  01533-DAD-AC.  Because Plaintiffs are preparing a consolidated complaint, the parties continue
22  to agree Defendants do not need to file a responsive pleading to the currently operative complaint
23  in that matter and will instead file a responsive pleading in response to the consolidated complaint
24  once it is filed and served.
25  / / /
26  / / /
27  / / /
28

Respectfully submitted,

LIVE OAK LAW OFFICE LLP

Dated:  December 13, 2024

*/s/ Pilar R. Stillwater*
Pilar R. Stillwater
Robyn Fass Wang
Attorneys for Plaintiffs:
*William Stephenson, Thomas Bodnar, and Joshua Forster*

Dated:  December 13, 2024         Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
MAUREEN C. ONYEAGBAKO
Supervising Deputy Attorneys General


*/s/ Grant Lien*
GRANT LIEN
MICHAEL E. BYERTS
Deputy Attorneys General
*Attorneys for Defendants*
*Clendenin and Price*

2

**[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. Plaintiffs will prepare a consolidated complaint for Defendant's review and approval to be filed by January 15, 2025. Should the parties be unable to reach agreement on the final consolidated complaint after meeting and conferring the parties will seek additional guidance from this Court.

2. Defendants will not be required to file a pleading in response to the currently operative complaint in *Bodnar v. Clendenin*, Case No. 2:22-cv-1533-DAD-AC, and will instead file a responsive pleading to the consolidated complaint once approved for filing. If a consolidated complaint is not approved for filing, the parties will seek additional guidance from this Court regarding the filing of a responsive pleading to the currently operative complaint in the *Bodnar* case.

IT IS SO ORDERED.

Dated: December 16, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE