| | |
|---|---|
| LIVE OAK LAW OFFICE LLP | ROB BONTA, State Bar No. 202668 |
| Robyn Fass Wang (SBN 194006) | Attorney General of California |
| Pilar R. Stillwater (SBN 260467) | MAUREEN C. ONYEAGBAKO, State Bar No. 238419 |
| 1442A Walnut Street #229 | Supervising Deputy Attorney General |
| Berkeley, California 94709 | GRANT LIEN, State Bar No. 187250 |
| Telephone: 510.637.9349 | Deputy Attorney General |
| rfasswang@liveoaklawoffice.com | 1300 I Street, Suite 125 |
| pstillwater@liveoaklawoffice.com | P.O. Box 944255 |
| Attorneys for Plaintiffs: | Sacramento, CA 94244-2550 |
| *William Stephenson, Thomas Bodnar, and Joshua Forster* | Telephone: (916) 210-7920 |
| | Fax: (916) 324-5567 |
| | E-mail: Grant.Lien@doj.ca.gov |
| | *Attorneys for Defendants Clendenin and Price* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **WILLIAM STEPHENSON, JOSHUA FORSTER, AND THOMAS BODNAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE CLENDENIN AND BRANDON PRICE,**<br><br>Defendants. | 2:22-cv-01521-DAD-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN ADDITIONAL EXTENSION OF TIME FOR PLAINTIFFS TO FILE CONSOLIDATED COMPLAINT** |

**STIPULATION**

Plaintiffs William Stephenson, Thomas Bodnar, and Joshua Forster (collectively, "Plaintiffs"), and Defendants Stephanie Clendenin and Brandon Price (collectively, Defendants") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree, and request that this Court order as follows:

WHEREAS, on November 1, 2024, the Court granted the Parties' request to consolidate Plaintiffs Bodnar's, Stephenson's, and Forster's individual cases (ECF No. 59);

1      WHEREAS, on December 16, 2024, the Court granted the Parties' request for a 30-day

2 extension of time in which to file the Consolidated Complaint, making the Consolidated

3 Complaint due on January 15, 2025 (ECF No. 61);

4      WHEREAS, Plaintiffs require an additional two-week extension, to January 29, 2025, to

5 file the Consolidated Complaint;

6      WHEREAS, the Parties have met and conferred regarding the claims to be included in the

7 proposed Consolidated Complaint;

8      WHEREAS, Plaintiffs need additional time to prepare the proposed Consolidated

9 Complaint in light of these discussions;

10      WHEREAS, Defendants will then need time to review the proposed Consolidated

11 Complaint and meet and confer with Plaintiffs before Plaintiffs file the proposed pleading; and

12      WHEREAS, Plaintiffs may subsequently seek leave to amend the Consolidated Complaint

13 to include additional facts and/or claims, including class action claims, and Defendants will

14 oppose any such motion.

15      **IT IS HEREBY AGREED AND STIPULATED THAT**:

16      1.   The Parties respectfully request that the Court grant a two-week extension of time for

17 Plaintiffs to file their Consolidated Complaint, currently due on January 15, 2025, to and

18 including January 29, 2025;

19      2.   Plaintiffs will prepare a Consolidated Complaint for Defendants' review and approval

20 to be filed by January 29, 2025.  Should the Parties be unable to reach agreement on the final

21 Consolidated Complaint after meeting and conferring, the Parties will seek additional guidance

22 from this Court; and

23      3.   Defendants have not yet filed a responsive pleading in *Bodnar v. Clendenin*, Case No.

24 2:22-cv-01533-DAD-AC.  Because Plaintiffs are preparing a Consolidated Complaint, the Parties

25 continue to agree Defendants do not need to file a responsive pleading to the currently operative

26 complaint in that matter and will instead file a responsive pleading in response to the

27 Consolidated Complaint once it is filed and served.

28

Respectfully submitted,

LIVE OAK LAW OFFICE LLP

Dated: January 15, 2025

*/s/ Pilar R. Stillwater*
Pilar R. Stillwater
Robyn Fass Wang
Attorneys for Plaintiffs:
*William Stephenson, Thomas Bodnar, and Joshua Forster*

Dated: January 15, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
MAUREEN C. ONYEAGBAKO
Supervising Deputy Attorney General

*/s/ Grant Lien*
GRANT LIEN
Deputy Attorney General
*Attorneys for Defendants Clendenin and Price*

1 **[PROPOSED] ORDER**

2    For good cause shown, the Court GRANTS the Parties' stipulation, as follows:

3    1.    Plaintiffs will prepare a Consolidated Complaint for Defendants' review and approval to be filed by January 29, 2025. Should the Parties be unable to reach agreement on the final Consolidated Complaint after meeting and conferring, the Parties will seek additional guidance from this Court.

    2.    Defendants will not be required to file a pleading in response to the currently operative complaint in *Bodnar v. Clendenin*, Case No. 2:22-cv-1533-DAD-AC, and will instead file a responsive pleading to the Consolidated Complaint once approved for filing. If a Consolidated Complaint is not approved for filing, the Parties will seek additional guidance from this Court regarding the filing of a responsive pleading to the currently operative complaint in the *Bodnar* case.

IT IS SO ORDERED.

Dated:   January 22, 2025          _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE