1  LIVE OAK LAW OFFICE LLP                    ROB BONTA, State Bar No. 202668
   Robyn Fass Wang (SBN 194006)               Attorney General of California
2  Pilar R. Stillwater (SBN 260467)           MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   1442A Walnut Street #229                   Supervising Deputy Attorney General
3  Berkeley, California 94709                 GRANT LIEN, State Bar No. 187250
   Telephone: 510.637.9349                    Deputy Attorney General
4  rfasswang@liveoaklawoffice.com              1300 I Street, Suite 125
   pstillwater@liveoaklawoffice.com            P.O. Box 944255
5  Attorneys for Plaintiffs:                   Sacramento, CA 94244-2550
   *William Stephenson, Thomas Bodnar, and*    Telephone:  (916) 210-7920
6  *Joshua Forster*                            Fax:  (916) 324-5567
                                               E-mail:  Grant.Lien@doj.ca.gov
7                                              *Attorneys for Defendants Clendenin and Price*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **WILLIAM STEPHENSON, JOSHUA FORSTER, AND THOMAS BODNAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE CLENDENIN AND BRANDON PRICE,**<br><br>Defendants. | 2:22-cv-01521-DAD-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

/ / /

/ / /

# STIPULATION

Plaintiffs William Stephenson, Thomas Bodnar, and Joshua Forster (Plaintiffs), and Defendants Stephanie Clendenin and Brandon Price (Defendants), by and through their respective counsel, stipulate to a 14-day extension for Plaintiff to file an opposition to Defendants' Motion to Dismiss (Dkt. No. 66) from April 11, 2025, to April 25, 2025.

Plaintiffs' Consolidated Complaint was filed on January 29, 2025. The parties stipulated to an extension for Defendants to file their responsive pleading from February 19, 2025, to March 29, 2025. On March 28, 2025, Defendants filed a motion to dismiss, making Plaintiffs' opposition due on April 11, 2025. Plaintiffs' counsel has a number of other court-mandated deadlines falling around the same date that were not known to Plaintiffs' counsel until after the parties' prior stipulation.

On March 31, 2025, the Court requested Defense counsel to re-notice the hearing on Defendant's Motion to Dismiss before the assigned magistrate judge (Dkt. No. 68). The parties have agreed, and intend, to notice the hearing for May 22, 2025. The stipulated extension of Plaintiffs' opposition to April 25, 2025, should therefore not interfere with the Court's schedule as briefing will be complete well before the hearing.

It is so stipulated.

Dated: April 9, 2025                    Respectfully submitted,

LIVE OAK LAW OFFICE LLP

 */s/ Pilar R. Stillwater*
Pilar R. Stillwater
Robyn Fass Wang
Attorneys for Plaintiffs:
*William Stephenson, Thomas Bodnar,*
*and Joshua Forster*

| | | |
|---|---|---|
| 1 | Dated: April 9, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | MAUREEN C. ONYEAGBAKO |
| | | Supervising Deputy Attorney General |

*/s/ Grant Lien*
GRANT LIEN
Deputy Attorney General
*Attorneys for Defendants Clendenin and Price*

## [PROPOSED] ORDER

For good cause shown, the Court GRANTS the parties' stipulated extension, as follows:

1. The deadline for Plaintiffs to file their opposition to Defendants' motion to dismiss is continued to April 25, 2025.

IT IS SO ORDERED.

Dated:  April 10, 2025         _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE